United States Bankruptcy Court
FOR THE
WESTERN DISTRICT OF MICHIGAN
Brett N. Rodgers, Chapter 13 Standing Trustee
Grand Rapids Division

Page 1

**TRUSTEE'S FINAL REPORT**

In RE: **DONALD MAGETT**  Case Number **05-20852-H**

Converted to Chapter 7 before confirmation   SS #: xxx-xx-3902   xxx-xx-5931
Plan Filed: 10/16/2005   Plan Confirmed:   Case Concluded:  / /
Attorney: THE LAW OFFICE OF JAMES R MCDANIEL II   Case Type: B

DONALD MAGETT
WENONA MAGETT
9826 SUNNYWOOD DR
KALAMAZOO MI 49009

Total funds received and disbursed pursuant to the plan: 0.00

| Creditor Name | Clm Num | Class | Debt | Principal Paid | Direct Paid | Interest Paid |
|---|---|---|---|---|---|---|
| THE LAW OFFICE OF JAMES R MCDA | 001-0 | Legal | 1,500.00 | | 1,800.00 | |
| FORD MOTOR CREDIT | 002-0 | Secured | 0.00 | | | |
| FORD MOTOR CREDIT | 002-1 | Unsec | 0.00 | | | |
| KEYSTONE COMMUNITY | 003-0 | Continue | 0.00 | | | |
| KEYSTONE COMMUNITY | 003-1 | Secured | 0.00 | | | |
| KEYSTONE COMMUNITY | 004-0 | Continue | 0.00 | | | |
| KALAMAZOO TREASURERS OFFICE | 005-0 | Priorty | 0.00 | | | |
| AMERICAN EXPRESS | 006-0 | Unsec | 0.00 | | | |
| AMEX | 007-0 | Unsec | 0.00 | | | |
| ASSET ACCEPTANCE | 008-0 | Unsec | 0.00 | | | |
| CAPITAL ONE BANK | 009-0 | Unsec | 0.00 | | | |
| CAPITAL ONE BANK | 010-0 | Unsec | 0.00 | | | |
| CAPITAL ONE | 011-0 | Unsec | 0.00 | | | |
| CHASE | 012-0 | Unsec | 0.00 | | | |
| EMERGE | 013-0 | Unsec | 0.00 | | | |
| GEMB JCP | 014-0 | Unsec | 0.00 | | | |
| GEMB | 015-0 | Unsec | 0.00 | | | |
| HFC | 016-0 | Unsec | 0.00 | | | |
| IC SYSTEM INC | 017-0 | Unsec | 0.00 | | | |
| KEYSTONE COMMUNITY | 018-0 | Unsec | 0.00 | | | |
| KEYSTONE COMMUNITY | 019-0 | Unsec | 0.00 | | | |
| MARSHALL FIELDS | 020-0 | Unsec | 0.00 | | | |
| MARSHALL FIELDS | 021-0 | Unsec | 0.00 | | | |
| NEXTEL COMMUNICATIONS | 022-0 | Unsec | 0.00 | | | |
| PIERCE HAMILTON AND STERN | 023-0 | Unsec | 0.00 | | | |

Continued on Next Page

United States Bankruptcy Court
FOR THE
WESTERN DISTRICT OF MICHIGAN
Brett N. Rodgers, Chapter 13 Standing Trustee
Grand Rapids Division

Page 2

**TRUSTEE'S FINAL REPORT**

In RE:   **DONALD MAGETT**                              Case Number   05-20852-H

| Creditor Name | Clm Num | Class | Debt | Principal Paid | Direct Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SST COLUMBUS BANK | 024-0 | Unsec | 0.00 | | | |
| PROVIDIAN NATIONAL BANK | 025-0 | Unsec | 0.00 | | | |
| PROVIDIAN NATIONAL BANK | 026-0 | Unsec | 0.00 | | | |
| WORLD FINANCIAL NETWORK NATL B | 027-0 | Unsec | 0.00 | | | |
| WFNNB | 028-0 | Unsec | 0.00 | | | |
| CLERK OF THE COURT | 772-0 | Admin | 194.00 | | 194.00 | |
| Brett N. Rodgers | TRS-0 | Trustee | 0.00 | | | |

|  | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other |  |  |
|---|---|---|---|---|---|---|---|---|---|
| Total Allowed | $7,500.00 | $3,536.48 | $37,025.00 | $194.00 | $1,500.00 | $0.00 | $0.00 | | |
| Total Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Total Int Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | Total Paid | $0.00 |

WHEREFORE, your petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your petitioner and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Printed    12/13/2005

/s/ Brett N. Rodgers
-------------------------------
Brett N. Rodgers, Trustee