UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
* * * * * * *

IN RE:

DONALD MAGETT and
WENONA MAGETT,

       Debtors
_____/

Case No. DK 05-20852
(Chapter 7 filed on 10/16/05)

HON. SCOTT W. DALES
Bankruptcy Judge

### NOTICE OF RIGHT TO DEMAND HEARING, ABANDONMENT OF PROPERTY, AND ORDER DISALLOWING SECURED CLAIMS

The undersigned Trustee intends to abandon the property listed below which is either burdensome or of inconsequential value to the estate:

A parcel of land situated in the City of Kalamazoo, County of Kalamazoo, and State of Michigan, commonly known as 611 Northampton Road, Kalamazoo, MI 49006 and described as follows:

Commencing at the center 1/4 post of Section 18, Town 2 South, Range 11 West; thence North 89°10'30" West along the East and West 1/4 line thereof, 528.0 feet to the extension Southerly of the Westerly line of Northampton Road; thence North 0°09' East along said extension and along the Westerly line thereof, 322.11 feet for the place of beginning of the land hereinafter described; thence North 89°14' West parallel to the Northerly line of West Main Street (Highway M-43), 205.00 feet; thence North 0°09' East parallel to the West line of said Road, 70.0 feet; thence South 89°14' East parallel to the Northerly line of West Main Street 205.0 feet to the Westerly line of Northampton Road; thence South 0°09' West, 70.0 feet to the place of beginning.

IN ACCORDANCE with Section 554 the above property will be deemed abandoned on the sixteenth (16th) day after the date of service shown below, unless a written objection to said abandonment and request for hearing thereon is filed with the U. S. Bankruptcy Court, Western District of Michigan, P.O. Box 3310, Grand Rapids Michigan 49501, prior to said date. In the event such an objection and request for hearing is filed, a date and place of hearing will be set and further notice given to interested parties.

                                               /s/
                                  Trustee Thomas C. Richardson

IT IS HEREBY ORDERED that if no objection to the abandonment is filed as provided above without further order of this court, any secured claim now filed claiming a security interest in the above property is disallowed because of the abandonment. Such secured creditors will have thirty (30) days from the date of service indicated below to file a proof of claim as an unsecured creditor, provided such creditor is entitled to assert a claim for the unpaid balance following repossession of the security, or such creditor may file its estimated deficiency claim within the aforesaid time subject to amendment prior to closing of the estate showing exact deficiency balance due.

                                               Daniel M. LaVille
                                               Clerk   **OCT 1 9 2009**

Date served:_____

@magett-donald/abandon2.frm