UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION
* * * * * * *

IN RE:

DONALD MAGETT and
WENONA MAGETT,

    Debtors
_____/

Case No. DK 05-20852
Chapter 13 filed 10/16/05
Converted to Chapter 7 on 11/29/05

Hon. SCOTT W. DALES
Bankruptcy Judge

## PETITION FOR INTERIM DISBURSEMENT

To:    The Bankruptcy Judges:

The Petition of Thomas C. Richardson, Trustee, respectfully represents:

That the following actual cost and expense were incurred by your Petitioner and were necessary to preserve or administer the said estate, and that the Trustee certifies that there are sufficient funds currently on hand in the estate to make such payment.

    $94.00    State of Michigan tax

Dated: 3/30/10    By: /s/
    Thomas C. Richardson
    Bankruptcy Trustee

## ORDER FOR INTERIM DISBURSEMENT

PRESENT: HON. SCOTT W. DALES, Bankruptcy Judge

IT IS ORDERED that payment of the amount indicated in the above Petition are approved as an administrative expense and shall be made from funds on hand without delay.

Approved:

/s/ 3-31-10
Office of the U. S. Trustee
(P 38872)

IT IS SO ORDERED.

Scott W. Dales
United States Bankruptcy Judge

Dated: April 01, 2010