UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION
* * * * * * * *

| | |
|---|---|
| IN RE: | Case No. DK 05-20852 |
| | Chapter 13 filed 10/16/05 |
| DONALD MAGETT and | Converted to Chapter 7 on 11/29/05 |
| WENONA MAGETT, | |
| | Hon. SCOTT W. DALES |
| Debtors | Bankruptcy Judge |
| _____/ | |

### AFFIDAVIT - NO OBJECTION TO APPOINTMENT
### OF PROFESSIONAL RECEIVED

The undersigned person certifies to the Court under penalties of perjury that it has not received any written objections to the Application to Allow Appointment of Accountant which was filed with the Court on March 31, 2010.

The undersigned, therefore, requests that the Court sign the proposed Order Authorizing Appointment of Accountant which is filed herewith.

Dated: 5/4/10

/s/
Thomas C. Richardson, Trustee  (P31750)
P. O. Box 51067
Kalamazoo, MI 49005-1067
(269) 349-7415