UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

* * * * * * * *

| | |
|---|---|
| IN RE: | Case No. DK 05-20852 |
| | Chapter 13 filed 10/16/05 |
| DONALD MAGETT and | Converted to Chapter 7 on 11/29/05 |
| WENONA MAGETT, | |
| | Hon. SCOTT W. DALES |
| Debtors | Bankruptcy Judge |
| _____/ | |

### ORDER AUTHORIZING APPOINTMENT OF ACCOUNTANT

PRESENT: HON. SCOTT W. DALES, Bankruptcy Judge

UPON APPLICATION of the Trustee, Thomas C. Richardson, seeking authority to employ A. L. Mitchell & Associates, as accountant for the Trustee, and it appearing the accountant is a disinterested person and that the employment is in the best interest of the estate, and it further appearing that due notice has been given and no objections have been filed;

IT IS HEREBY ORDERED that Thomas C. Richardson, Trustee, is authorized to employ A. L. Mitchell & Associates as Accountants on the terms and conditions set forth in the Application.

IT IS FURTHER ORDERED that a copy of this Order be served pursuant to this Court's CM/ECF electronic notification process upon:

James R. McDaniel, Debtors' Attorney
*Thomas C. Richardson, Chapter 7 Trustee
U. S. Trustee's Office

and served pursuant to first-class United States mail upon:_____

A. L. Mitchell & Associates, 641 E. Eighth Street, Traverse City, MI 49686

*Prepared Order                    **END OF ORDER**

**IT IS SO ORDERED.**                 **Dated: May 05, 2010**

Scott W. Dales
United States Bankruptcy Judge